**Order entered October 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00921-CV**
**No. 05-19-00933-CV**

### FLUOR CORPORATION, FLUOR ENTERPRISES, INC., AND FLUOR DANIEL MEXICO, S.A., Appellants

### V.

### E.D.G.M., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15978**

## ORDER
Before Chief Justice Burns, Justice Whitehill, and Justice Molberg

Before the Court are appellants' two petitions for permissive appeal. In appellate cause number 05-19-00921-CV appellants seek review of the trial court's interlocutory order denying, in part, their motion to dismiss for forum nonconveniens. In appellate cause number 05-19-00933-CV, appellants seek review of the trial court's interlocutory order denying their motion to strike an intervention. We **GRANT** appellants' petitions for permissive appeal.

On the Court's own motion, we **CONSOLIDATE** the appeal docketed as appellate cause number 05-19-00933-CV into the appeal docketed as appellate cause number 05-19-00921-CV.

All further filings and correspondence with this Court shall use only appellate cause number 05-19-00921-CV.

A notice of appeal is deemed to have been filed as of the date of this order, and the appeal will proceed in accordance with the rules governing accelerated appeals. *See* TEX. R. APP. P. 28.3(k).

We **ORDER** Felicia Pitre, Dallas County District Clerk, and Marcey Poeckes, Official Court Reporter for the 298th Judicial District Court, to file their respective records **WITHIN TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Emily Tobolowsky, Presiding Judge of the 298th Judicial District Court; Ms. Pitre; Ms. Poeckes; and all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE

Justice Molberg would deny the petitions for permissive appeal.